UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS,
    Petitioner

Docket No. 3:02cv1440(CFD)

v.

JOHN ASHCROFT,
    Respondent

September 22, 2003

Motion for Change of Venue

As Petitioner no longer lives in the district of Connecticut,

he moves the court to transfer his case in accordance with the

statutory provisions cited in the Memorandum attached hereto.

Michael G. Moore
107 Oak Street
Hartford, Ct 06106
413/747-9331
Ct#11961

I hereby certify that the foregoing is a true copy of the original document on file.   Date: _____

KEVIN F. ROWE
Clerk

By _____
Deputy Clerk

[Marginal note, left side, vertical:] GRANTED by agreement of the parties. This case is transferred to the United States District Court of Massachusetts. The stay of removal shall continue. So ordered.

Christopher F. Droney
United States District Judge
01/__/04