UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS,
A# 70 583 407
    Petitioner

Docket No.

3.02cv 1440 (CFD)

v.

JOHN ASHCROFT, Attorney
General of the United States,
    Respondent

August 19, 2002

## PETITION FOR HABEAS CORPUS AND STAY OF REMOVAL

Petitioner has received a final order from agents of the Respondent, ordering him to be removed to the Ukraine. He could be apprehended and removed at any time. Petitioner resides in West Granby, Connecticut. For the reasons in the accompanying memorandum, the decision by the BIA was incorrect.

Petitioner moves this Court to stay his removal, hear his habeas petition and order his case remanded.

Michael G. Moore
107 Oak Street
Hartford. Ct 06106
413/747-9331
ct# 11961