# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS,　　　　　　　:
　　　Petitioner,　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　Civil Action No. 3:02CV1440CFD)
　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
JOHN ASHCROFT, Attorney General　:
of the Unite States,　　　　　　　:
　　　Respondent.　　　　　　　　　:

## ORDER

Pending is the petitioner's petition for writ of habeas corpus and motion for a stay of removal [Doc. #1].   The respondent is hereby ordered to file a response on or before **September 18, 2002**, as to why the relief prayed for in the petition and motion should not be granted and addressing the merits of the petitioner's claims.

The Immigration and Naturalization Service ("INS") is hereby ordered that it shall notify this Court **twenty-one days** before the petitioner is to be deported.

The Clerk is directed to mail a copy of this order to John Hughes, Assistant United States Attorney, 157 Church Street, New Haven, CT 06510, and he is directed to forward a copy of this order to the INS.

SO ORDERED this _20th_ day of August 2002, at Hartford, Connecticut.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE