UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VLADIMIR GRIGOUS, | : | CIVIL NO. 3:02CV1440(CFD) |
| Petitioner, | : | |
| v. | : | |
| JOHN ASHCROFT, ATTORNEY GENERAL, UNITED STATES OF AMERICA, | : | |
| Respondent. | : | SEPTEMBER 11, 2002 |

SEP 11  4 03 PM '02
U.S. DISTRICT COURT
HARTFORD

**RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

Respondent Attorney General John Ashcroft respectfully requests an extension of thirty days, up to and including Friday, October 18, 2002, to file a response to the petition for writ of habeas corpus filed by the Petitioner herein, Vladimir Grigous. Respondent's response is presently due September 18, 2002. In support of this motion, defendant represents as follows:

1. Additional time is required for the respondent to prepare his response to the petition for writ of habeas corpus due to the fact that respondent just received Petitioner's "A" file from the Immigration and Naturalization Service this afternoon.

2. Additional time is also required for the respondent to prepare their response due to the fact that undersigned counsel is required to be out of the district for previously-scheduled court dates and depositions in another case from September 12

**ORAL ARGUMENT IS NOT REQUESTED**

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

through September 20, 2002, and also on October 2nd and 11th.

4. This is the respondent's first motion for extension of the deadline to respond to the petition.

5. A representative of Respondent's counsel's office conferred with Michael G. Moore, counsel for Petitioner, about this motion and Petitioner has no objection to it.

WHEREFORE the respondent respectfully requests an extension of thirty (30) days, up to and including Friday, October 18, 2002, to file a responsive pleading.

>                            Respectfully submitted,
>
>                            JOHN A. DANAHER III
>                            UNITED STATES ATTORNEY
>
>
>                            CAROLYN A. IKARI
>                            ASSISTANT UNITED STATES ATTORNEY
>                            450 Main Street
>                            Hartford, Connecticut  06103
>                            (860) 947-1101
>                            Federal Bar No. ct13437

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, first-class, postage prepaid, on this 11th day of September, 2002, to:

Michael G. Moore, Esq.
Law Offices of Maria De Castro Foden
107 Oak Street
Hartford, CT 06106

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY