UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VLADIMIR GRIGOUS, | : | CIVIL NO. 3:02CV1440(CFD) |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, ATTORNEY GENERAL, UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | OCTOBER 17, 2002 |

**RESPONDENT'S UNOPPOSED MOTION FOR ONE WEEK'S EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

Respondent Attorney General John Ashcroft respectfully requests an extension of one week, up to and including Friday, October 25, 2002, to file a response to the petition for writ of habeas corpus filed by the Petitioner herein, Vladimir Grigous. Respondent's response is presently due October 18, 2002. In support of this motion, defendant represents as follows:

1. This petition for habeas corpus and motion for stay of removal was filed August 19, 2002. Petitioner lives in West Granby, Connecticut and is not in U.S. Immigration and Naturalization Service ("INS") or federal custody. Petitioner is an alien and seeks judicial review of a final order of removal by INS.

2. On August 20, 2002, the Court ordered the Clerk to mail the Order to the Civil Chief, U.S. Attorney's Office and ordered INS to respond to the petition by September 18, 2002. The Court

**ORAL ARGUMENT IS NOT REQUESTED**

*GRANTED. It is so ordered.*
*[signature] Christopher F. Droney, U.S.D.J.*
*Hartford CT*

also ordered INS to notify the court 21 days prior to deporting the Petitioner.

3. On September 17, 2002, this Court granted the Respondent's unopposed motion for 30 additional days to respond to the petition, making the response due October 18, 2002.

4. While preparing the response for filing on October 18, 2002, counsel for Respondent has encounter a new, additional issue that may need to be addressed in the brief. Therefore, additional time is required for the respondent to finish his response.

5. This is the respondent's second motion for extension of the deadline to respond to the petition.

6. I conferred with Michael G. Moore, counsel for Petitioner, about this motion, and Petitioner does not object to this request.

WHEREFORE the respondent respectfully requests an extension

of seven days, up to and including Friday, October 25, 2002, to file a responsive pleading.

                                Respectfully submitted,

                                JOHN A. DANAHER III
                                UNITED STATES ATTORNEY

                                CAROLYN A. IKARI
                                ASSISTANT UNITED STATES ATTORNEY
                                450 Main Street, Room 328
                                Hartford, Connecticut  06103
                                (860) 947-1101
                                Federal Bar No. ct13437

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, first-class, postage prepaid, on this 17th day of October, 2002, to:

    Michael G. Moore, Esq.
    Law Offices of Maria De Castro Foden
    107 Oak Street
    Hartford, CT 06106

                                CAROLYN A. IKARI
                                ASSISTANT UNITED STATES ATTORNEY