(Courting (October 17, 2001)

HONORABLE _Ponor_

DEPUTY CLERK _Dean_ _ _ RPTR/ERO/TAPE _Maris/30_

TOTAL TIME: ____ hours ____ minutes

DATE _Apr. 2, 20___     START TIME _10:05_     END TIME _10:25_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _____

§
§                          _Moore_
§                          Plaintiffs Counsel
§
§          ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                          _____
                           Defendants Counsel

vs.

# COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☒ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION**
**DOCUMENT NO.**

| | | | | | |
|---|---|---|---|---|---|
| ☐ . . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . _#_ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ . . . . | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | | |
|---|---|---|---|
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☐ . . . . . . . . | _____ | ☐ filed | ☐ docketed |
| ☒ | _____ Hearing continued until _____ at ___ | ☐ filed | ☐ docketed |