UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VLADIMIR GRIGOUS, | : | CIVIL NO. 3:02CV1440(CFD) |
| Petitioner, | : | |
| v. | : | |
| JOHN ASHCROFT, ATTORNEY GENERAL, UNITED STATES OF AMERICA, | : | |
| Respondent. | : | MAY 15, 2003 |

### APPEARANCE

Please enter the appearance of Assistant United States Attorney Carolyn A. Ikari as counsel for the respondent Attorney General John Ashcroft in the above-entitled action.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, first-class, postage prepaid, on this 15th day of May, 2003, to:

    Michael G. Moore, Esq.
    Law Offices of Maria De Castro Foden
    107 Oak Street
    Hartford, CT 06106

    _____
    CAROLYN A. IKARI
    ASSISTANT UNITED STATES ATTORNEY