UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS,       Docket No. 3:02cv1440(CFD)
    Petitioner

v.

JOHN ASHCROFT,
    Respondent      September 22, 2003

Memorandum in Support of Motion for Change of Venue

    Petitioner has moved from the District of Connecticut as evidenced by his change of address card (Exhibit 1) and his vehicle registration (Exhibit 2). His current action under 28 USC Sec. 2241(a) provides that district courts may grant such relief only within their respective jurisdictions. Because there is no *in personam* jurisdiction now by this court, any order entered by it would be ineffective.

    In accordance with 28 U.S.C. Sec. 1404(a), the court is authorized to transfer this action to the district court for the State of Massachusetts in the interests of justice. Also this case should be transferred in the interest of

justice in accordance with 28 U.S.C. Sec. 1406(a), as the action is now filed in the wrong venue.

For the preceding reasons, Petitioner moves that his case be transferred to the district of Massachusetts.

_____
Michael G. Moore
107 Oak Street
Hartford, CT 06106
413/747-9331
Ct#11961

### Certificate of Service

I hereby certify that I have delivered a copy of the foregoing Motion and Memorandum in hand to Carolyn Ikari, Esq., AUSA, 450 Main Street, Room 328, Hartford, Ct 06103 on September 22, 2003.

_____
Michael G. Moore

Department of Justice
Immigration and Naturalization Service

**Alien's Change of Address**

| NAME (Last in CAPS) | (First) | (Middle) | I AM IN THE UNITED STATES AS: |
|---|---|---|---|
| | | | ☐ Visitor ☐ Permanent Resident ☐ Student ☐ Other |

| COUNTRY OF CITIZENSHIP | DATE OF BIRTH | COPY NUMBER FROM ALIEN CARD |
|---|---|---|
| UKRAINE | 10/1/57 | A 76 5 |

PRESENT ADDRESS (Street or Rural Route) (City or Post Office)
___ North St.  W. Springfield

(IF ABOVE ADDRESS IS TEMPORARY) I expect to remain there ___ years ___ months

LAST ADDRESS (Street or Rural Route) (City or Post Office)
___ Granby CT

I WORK FOR OR ATTEND SCHOOL AT (Employer's Name or Name of School)

(Street Address or Rural Route) (City or Post Office)

| PORT OF ENTRY INTO U.S. | DATE OF ENTRY INTO U.S. | |
|---|---|---|
| New York | 9/3/90 | |
| SIGNATURE | DATE 9/19/03 | |

**CHANGE OF ADDRESS CARD**

This card is to be used by all aliens to report change of address within 10 days of such change.

The collection of this information is required by Section 265 of the I&N Act (8 U.S.C. 1305). The data used by the Immigration and Naturalization Service for statistical purposes and may be furnished to federal, state, local and foreign law enforcement officials. Failure to report is punishable by fine, imprisonment, and/or deportation.

This card is not evidence of identity, age, or status.

Public Reporting Burden. Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection, and a person is not required to respond to, a collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. This collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including for reducing this burden to: Immigration and Naturalization Service, 425 I Street, N.W., Room 4034, Washington, DC 20536; OMB No. 1115-0003. *Do not mail your completed form to this address.* **MAIL YOUR FORM TO THE ADDRESS SHOWN BELOW:**

U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
___ Street NW
4th Floor
Washington, DC 20536



# THE COMMONWEALTH OF MASSACHUSETTS
## REGISTRY OF MOTOR VEHICLES
### P.O. BOX 199100 BOSTON, MA 02119
www.mass.gov/rmv

PLEASE KEEP THIS DOCUMENT
IN YOUR VEHICLE AT ALL TIMES

CERTIFICATE OF REGISTRATION

| PLATE TYPE | REGISTRATION NUMBER | EXPIRES LAST DAY OF | MONTH | YEAR |
|---|---|---|---|---|
| PAN | 30BE07 | → | 07 | 08 |

FEES:
- REGISTRATION: 36.00
- TITLE: 50.00
- SPECIAL PLATES: 0.00
- SALES TAX: 25.00
- TOTAL: 111.00

NAME(S) OF OWNER(S) AND MAILING ADDRESS:
GRIGOUS, VLADIMIR
94 BOSWORTH ST
W SPRINGFIELD, MA 01089

ISSUE DATE: 08/29/03

0324

RESIDENTIAL ADDRESS (IF DIFFERENT):

| MFG MODEL YEAR | MAKE | MODEL NAME | BODY STYLE/TYPE | COLOR |
|---|---|---|---|---|
| 1996 | DODG | RAMVAN | CABCA | WHITE |

VEHICLE IDENTIFICATION NUMBER: 2B6KB31Y2TK188254
INSURANCE COMPANY: COMMERCE INSURANCE

NOT VALID UNTIL STAMPED WITH OFFICIAL SIGNATURE STAMP OR SIGNATURE OF THE REGISTRAR