14/

TOTAL TIME: ___ hours ___ minutes    DEPUTY CLERK De'ia    HONORABLE Droney    RPTR/FRO/TAPE Marshall

DATE 10/2/03    START TIME 12:15    END TIME 12:30
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. 3:02cv1440 (CFD)

Grigaus
vs.
Atty General

Moore — Plaintiff's Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Kari — Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☒ (mischrg.) Miscellaneous Hearing — Ineffective Counsel

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

☒ ___ Hearing continued until no date set