UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VLADIMIR GRIGOUS,
    Petitioner

Docket 3:02cv1440(CFD)

v.

JOHN ASHCROFT
    Respondent

October 14, 2003

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for **Petitioner** in this matter. The purpose of this appearance is to replace current counsel-of-record, Michael G. Moore. All further communication should be directed to me at my office address listed below.

Roberto T. Lucheme
41 Hebron Avenue
Glastonbury, Ct 06033
860/633-1962

CT 09911

## Certificate of Service

I hereby certify that I have sent a copy of the foregoing by first-class U.S. mail, postage pre-paid to the Carolyn Ikari, Esq., AUSA, 450 Main Street, Manchester, Ct 06103 on October 14, 2003.

Roberto T. Lucheme