02cv1440 Mtn for decision

UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

VLADIMIR GRIGOUS,           Docket 3:02cv1440(CFD)
    Petitioner

v.

JOHN ASHCROFT,
    Respondent              October 14, 2003

MOTION FOR DECISION

The court held an evidentiary hearing on this case to determine whether Petitioner's prior counsel had a conflict of interest in presenting the case to the court and whether Petitioner wished to waive any claim he might have against previous counsel.

After reviewing the relevant law and facts as they pertain to this case there is no claim for ineffective assistance of counsel nor, even if there were, would such a claim under Matter of Lozada, 19 I&N Dec. 637 (BIA, 1988) be effective at this time as Petitioner is time and number barred in filing a Motion to Reopen or Reconsider under INA Sec. 3.2.

As Petitioner has new counsel, he urges the court to decide this case on the merits in accordance with the previously briefed issue of lack of

DENIED AS MOOT, without prejudice to renewal, in light of the Court's ruling on the petitioner's motion for change of venue to the United States District Court of Massachusetts. So ordered.

Christopher F. Droney
United States District Judge
01/29/04

warnings under <u>Matter of L-S</u> Int. Dec. 3386 (BIA, 1999).

*[signature]*

Roberto T. Lucheme, Esq.
41 Hebron Avenue
Glastonbury, CT. 06033
Ct#09911
860/ 633-1962

### Certificate of Service

I hereby certify that I have sent a copy of the foregoing to Carolyn Ikari, Esq., AUSA, 1450 Main Street, Room 325, Hartford, CT 06106 on October 14, 2003.

*[signature]*

Roberto T. Lucheme