```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

VLADIMIR GRIGOUS,                      :
                                       :
        Petitioner,           :     NO.   04cv10229-MLW
                                       :
    v.                               :
                                       :
JOHN ASHCROFT, ATTORNEY                :
GENERAL, UNITED STATES OF              :
AMERICA.                               :
                                       :
        Respondent.           :

## MOTION TO TRANSFER
(Assented to)

    The respondent, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to Local Rule 40.1(F), moves to transfer this action to the Western Division.  As grounds for this motion, the governments states as follows:

    1.   The petitioner filed the instant petition in the United States District Court for the District of Connecticut.  While the petition was pending, the petitioner filed a second petition in the United States Court for the District of Massachusetts, Western Division.  <u>Grigous v. Ashcroft</u>, No. 03cv30302-MAP.  On February 18, 2004, the court dismissed the second petition due to the pendency of the instant petition in the District of Connecticut.  Meanwhile, the District of Connecticut transferred the instant action to this district.

    2.   On information and belief, the petitioner resides in West Springfield, Massachusetts, which is within the Western

Division.  In addition, the petitioner's attorney, Susan DeGrave, practices law in Springfield, Massachusetts.[1]

Therefore, there is good cause to transfer the case to the Western Division.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she conferred with Attorney DeGrave who concurred in this motion to transfer.  In addition, the undersigned Assistant U.S. Attorney conferred with Roberto Lucheme, counsel of record for the petitioner in the instant case, who confirmed that Attorney DeGrave now represents the petitioner.

WHEREFORE, the respondent respectfully requests that this case be transferred to the Western Division.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY
                                    /s/Karen L. Goodwin
                                    KAREN L. GOODWIN
                                    ASSISTANT UNITED STATES ATTORNEY
                                    1550 Main Street
Dated: 8/9/04                       Springfield, MA 01103
                                    413-785-0235
```

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, first-class, postage prepaid, this date, to Susan DeGrave 1242 Main Street, Springfield, MA 01103.

/s/Karen L. Goodwin

---

[1] Attorney DeGrave was the attorney of record for the petitioner in Grigous v. Ashcroft, No. 03cv30302-MAP.

-2-

Karen L. Goodwin

Karen L. Goodwin