AO458(Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

VALDIMIR GRIGIOUS,
    Petitioner

   v.

JOHN ASHCROFT, UNITED STATES
ATTORNEY GENERAL
    Respondent

**APPEARANCE**

Case Number: 04cv10229-MLW

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for John Ashcroft, United States Attorney General.

    I certify that I am admitted to practice in this court.

| August 9, 2004 | /s/Karen L. Goodwin |
|---|---|
| Date | Signature |
|  | Karen L. Goodwin          549398 |
|  | Print Name                Bar Number |
|  | 1550 Main Street, Room 310 |
|  | Address |
|  | Springfield, MA 01103-1422 |
|  | City        State        Zip Code |
|  | 413-785-0269              413-785-0394 |
|  | Phone Number              Fax Number |