AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

FILED
[CLERK'S OFFICE]

[OCT] 13 [P] 12: 1[6]

## APPEARANCE

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Number: 04CV10229-TPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Vladimir Grigous

I certify that I am admitted to practice in this court.

Admitted to US District Court in Boston since 1994. Will file application for U.S. Dist. Court of MA in Springfield forthwith, along with motion to appear Pro Hac Vice if necessary.

Date: 10-12-04

Signature: Susan DeGrave

Print Name: Susan DeGrave    Bar Number: 560030

Address: 1242 Main St Suite 305

City: Springfield    State: MA    Zip Code: 01103

Phone Number: (413) 746 5911    Fax Number: (413) 736 9171