AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

VLADIMIR GRIGOUS

V.

JOHN ASHCROFT, Attorney General

**NOTICE**

CASE NUMBER: 04-10229-MAP

TYPE OF CASE:

☒ CIVIL     ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, Massachusetts 01103 | Courtroom Three |
| | DATE AND TIME |
| | Friday, May 6, 2005, at 10:30 a.m. |

TYPE OF PROCEEDING

STATUS CONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

SARAH A. THORNTON, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 18, 2005
DATE

/s/
(BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD