UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VLADIMIR GRIGOUS, Petitioner. | : |
| | : |
| vs. | : 04-10229-MAP |
| | : |
| JOHN ASHCROFT, ATTORNEY GENERAL, UNITED STATES OF AMERICA, Respondent | : MAY 4, 2005 |

### NOTICE OF WITHDRAWAL

The undersigned counsel hereby certifies that concurrent with the transfer of this matter from Connecticut to Massachusetts, he was replaced by Massachusetts counsel, Susan DeGrave, Esq. The undersigned is not licensed to practice law in Massachusetts.

THE PETITIONER

by Roberto T. Lucheme, Esq.
His Attorney
Juris Number CT 09 911

41 Hebron Avenue
Glastonbury, CT 06033

Telephone: (860) 633-1962

## CERTIFICATION

I hereby certify that a copy of the above was mailed first-class, postage prepaid or hand delivered on May 4, 2005 to the following counsel of record.

Douglas Morabito, Esq.
Assistant U.S. Attorney
157 Church St.
New Haven, CT 06510

Susan Degrave, Esq.
243 School St.
Suite 2
Somerville, MA 02145

_____
Roberto T. Lucheme, Esq.