✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

VLADIMIR GRIGOUS

**NOTICE**

V.

UNITED STATES OF AMERICA

CASE NUMBER: 04-10229-MAP

TYPE OF CASE:

☒ **CIVIL**    **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

STATUS CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **Friday, May 6, 2005 at 10:30 a.m.** | **Friday, May 20, 2005, at 10:30 a.m.** |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 9, 2005             /s/                    /s/ Bethaney A. Healy
DATE                      (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD