UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vladimir Grigous, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOHN ASHCROFT, ATTORNEY )<br>GENERAL OF THE UNITED STATES, )<br>Respondent. ) | Civil Action No.<br>04-10229-MAP |

**MOTION TO TRANSFER CASE TO FIRST CIRCUIT COURT OF APPEALS
PURSUANT TO SECTION 106(c) OF THE REAL ID ACT OF 2005**

The respondent moves to transfer this action to the First Circuit Court of Appeals pursuant to Section 106(c) of the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, 119 Stat. 231 ("RIDA"). A supporting memorandum of law accompanies this motion. In accordance with Local Rule 7.1, the undersigned attempted unsuccessfully to reach the petitioner's counsel to discuss this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
(413) 785-0269

CERTIFICATE OF SERVICE

      I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on May 18, 2005.

                                     /s/Karen L. Goodwin
                                     Karen L. Goodwin