UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

VLADMIR GRIGOUS,
       Petitioner

V.                                                  CR 04-10229-MAP

ATTORNEY GENERAL, USA,
       Respondent

<u>ORDER</u>

July 11, 2005

PONSOR, D.J.

     Pursuant to the provisions of the Real ID Act it is hereby ordered that this immigration habeas case be transferred to the United States Court of Appeals in Boston.

     It is so ordered.

                                        /s/ Michael A. Ponsor
                                        United States District Judge